AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Idaho

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| TAD AARON SOLOMON | ) | 1:26-mj-100-DKG |
| BRIAN PAUL HUBRICH | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  between March 2025 and April 3, 2026  in the county of  Ada  in the

District of  Idaho , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Count One -18 USC 2422(b) | Attempted Coercion and Enticement of a Minor - As to Tad Aaron Solomon |
| Count Two -18 USC 2252A(a)(5)(B) | Possession of Child Pornography -As to Tad Aaron Solomon and Brian Paul Hubrich |

This criminal complaint is based on these facts:

See the attached affidavit of Detective Andrew Morlock, Boise Police Department

❒ Continued on the attached sheet.

_____
*Complainant's signature*

ANDREW MORLOCK, DETECTIVE
_____

Sworn to before me telephonically and signed electronically via teleconference with the identity of the Complainant vouched for by Assistant United States Attorney  Kassandra J. McGrady  in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date:  04/03/2026

_____
*Judge's signature*

City and state:  Boise, Idaho

Debora K. Grasham, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andrew Morlock, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND DETECTIVE BACKGROUND

1.      I am a duly appointed, qualified, and acting peace officer within the County of Ada, State of Idaho. I am currently assigned as a detective in the Special Victims Unit with the Boise Police Department and have been since September of 2024. I have been employed with the Boise City Police Department since March of 2014. I have investigated all types of crimes and am now specifically assigned to investigate sexual crimes involving juvenile and adult victims. I have received training in identifying ways in which suspects groom children for sexual contact and the delayed disclosure of sexual abuse by victims.

2.      My duties include investigating criminal violations relating to child exploitation and Child Sex Abuse Material (CSAM)[1] or child pornography,[2] including violations pertaining to the illegal production, receipt, and possession of CSAM, and attempts or conspiracies to commit those crimes. I have attended a 40-hour Detective Training course and Mastering Internet Crimes Against Children Investigations training. I currently hold an Advanced Certificate from the Idaho POST Academy. I have over 1300 hours of Idaho POST and departmental training. I have received training pertaining to child abuse and investigating sex

---

[1] "CSAM" as used in this affidavit has the same definition as "child pornography" as defined in 18 U.S.C. § 2256(8).

[2] "Child Pornography," as used herein, includes the definition in 18 U.S.C. § 2256(8)(A), involving any visual depiction, the production of which involves the use of a minor engaged in sexually explicit conduct. *See* 18 U.S.C. §§ 2252A and 2256(1) and (2).

1

crimes and have authored numerous search warrants for residences/properties, cellular/computer devices, and persons.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, information obtained from CyberTip reports, various law enforcement personnel, law enforcement database searches, Idaho DMV database searches, and physical surveillance. Information was also gathered through open-source media, and another ongoing investigation within the Boise Police Department and by law enforcement in Minnesota.

4. I am submitting this affidavit as probable cause to arrest and charge Tad Aaron Solomon with Attempted Coercion and Enticement of a Minor in violation of Title 18 U.S.C. § 2422(b) and Possession of Child Pornography in violation of Title 18 U.S.C. §§ 2252A(a)(5)(B), and 2256(8)(A), and to arrest and charge Brian Paul Hubrich with Possession of Child Pornography in violation of Title 18 U.S.C. §§ 2252A(a)(5)(B), and 2256(8)(A).

### APPLICABLE LAW

5. Title 18 United States Code, Section 2422(b) provides "whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for life."

6. Idaho Code Section 18-1508A provides "it is a felony for any person at least five (5) years of age older than a minor child who is sixteen (16) or seventeen (17) years of age, who,

2

with the intent of arousing, appealing to or gratifying the lust, passion, or sexual desires of such person, minor child, or third party, to: (a) Commit any lewd or lascivious act or acts upon or with the body or any part or any member thereof of such minor child including, but not limited to, genital-genital contact, oral-genital contact, anal-genital contact, oral-anal contact, manual-anal contact or manual-genital contact, whether between persons of the same or opposite sex, or who shall involve such minor child in any act of explicit sexual conduct as defined in section 18-1507, Idaho Code; or (b) Solicit such minor child to participate in a sexual act; or (c) Cause or have sexual contact with such minor child, not amounting to lewd conduct as defined in paragraph (a) of this subsection.

7.      Title 18 United States Code, Section 2252A(a)(5)(B) provides in pertinent part that: any person who knowingly possesses, or knowingly accesses with intent to view, any book, magazine, periodical, film, videotape, computer disk or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer shall be punished as provided in subsection (b)(2).

8.      Title 18 United States Code, Section 2256(8)(A) defines "child pornography" as any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical or other means,

3

of sexually explicit conduct, where the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct.

9.    Title 18 United States Code, Section 2256(2)(A) defines "sexually explicit conduct" as actual or simulated:

  a.  sexual intercourse (including genital-genital, oral-genital, or oral-anal), whether between persons of the same or opposite sex;

  b.  bestiality;

  c.  masturbation;

  d.  sadistic or masochistic abuse; or

  e.  lascivious exhibition of the genitals, anus, or pubic areas of any person.

## BACKGROUND ON CYBERTIPS

10.    The "Cyber Tip-line" is operated by the National Center for Missing and Exploited Children ("NCMEC"). According to its website, "NCMEC is a non-profit 501(c)(3) corporation whose mission is to help find missing children, reduce child sexual exploitation, and prevent child victimization. Since 1984, NCMEC has served as the national clearinghouse and resource center for families, victims, private organizations, law enforcement and the public on issues relating to missing and sexually exploited children."

11.    NCMEC launched the Cyber Tip-line in 1998 to further their mission of helping prevent and diminish the sexual exploitation of children. The Cyber Tip-line receives leads and tips, pursuant to 18 U.S.C. § 2258A, regarding suspected crimes of sexual exploitation committed against children. The reports to the Cyber Tip-line are made by the public, Electronic

Service Providers, and Internet Service Providers. NCMEC forwards the CyberTips to the FBI, HSI, U.S. Postal Inspection Service, U.S. Secret Service, military criminal investigative organizations, U.S. Department of Justice, Internet Crimes Against Children Task Force ("ICAC") program, as well as other state and local law enforcement agencies.

12.     18 U.S.C. § 2258A mandates electronic communication service or remote computing service providers to submit to the Cyber Tip-line knowledge of facts or circumstances from which there is an apparent violation of 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260 that involves child pornography, or violations of 18 U.S.C. § 1466A. Upon submission of the report, Providers are required to preserve the contents of the report for one year.

13.     Electronic Service Providers (ESPs), including Kik, Dropbox, and others, each have mechanisms to identify images of child pornography electronically. These mechanisms can include comparisons of "hash values," also known as a "digital fingerprint" of images, to those from known images and videos of child pornography.

14.     When a CyberTip is made to NCMEC, certain information is included in the CyberTip. This commonly includes:

    a.  The file name of the suspected illegal image(s);

    b.  The date and time the image(s) were located by the provider;

    c.  The service upon which the suspected illegal image(s) were uploaded, downloaded, or transferred;

    d.  The subscriber's user name;

    e.  The IP address from which the illegal image(s) were uploaded, downloaded, or

transferred and other IP addresses from which the account was logged in from, and geolocation information about the IP addresses;

f.   Whether the provider reviewed the file(s); and

g.   Copies of the file(s) are provided with the CyberTip.

15.   Providers who submit CyberTips often have employees who personally view the suspected illegal images to determine if they constitute child pornography under federal law. Upon receiving the CyberTip, NCMEC creates a CyberTip report, which is then forwarded to the local law enforcement agency that is assigned to receive CyberTips. The CyberTip includes the report and the files, images, or videos which are the basis of the CyberTip, so that law enforcement can review the images and confirm they constitute child pornography. CyberTips are most often referred from NCMEC to the local ICAC task force.

16.   As part of this investigation, I received and reviewed five CyberTip reports from NCMEC regarding suspected child pornography activities that appear to relate to the same suspect or suspects. This investigation began in Minnesota because the suspects resided in Minnesota at the time of the CyberTip reports. However, as set forth in greater detail below, I took over the investigation because the suspects currently reside in Idaho.

### Summary of CyberTip Reports

#### CyberTip 194428550

17.   I reviewed CyberTip Report 194428550, which was reported by Kik and received by NCMEC on May 30, 2024. According to the report, on or about May 22, 2024, at 01:21:56 UTC, four files of suspected child pornography were uploaded to the Kik account associated

6

with username "lonely01010" with the display name "Uncle_Joey PM anytime." The email address associated with the Kik account is naughtreallyreal@gmail.com. The report also indicated that IP address 73.24.6.99 was used to access the suspect Kik account on numerous occasions between May 24, 2024, and May 29, 2024. An additional IP address of 96.2.194.212 was used to access the account multiple times between the same date range. According to the report, after the four files of suspected child pornography were uploaded to the account, they were shared with another Kik user via private chat message.

18.     Because the report established that Kik had previously reviewed the reported files, I also reviewed them and confirmed that all four files constitute child pornography. I observed one image of a pubescent male who appears to be no older than approximately 14 years-old laying on his back with an erect penis. The male is facing the camera while biting his bottom lip. I also observed three different videos depicting who appear to be prepubescent males no older than approximately 12 years old rubbing their erect penises.

*CyberTip 194974334*

19.     I reviewed CyberTip Report 194974334, which was reported by Kik and received by NCMEC on June 11, 2024. According to the report, on or about June 7, 2024, at 05:38:59 UTC, three files of suspected child pornography were uploaded to the Kik account associated with username "onkel_jojo" with the display name "Uncle_Joey." The email address associated with the Kik account is fak3@notreal.com. The report also indicated that IP address 73.24.6.99 (same IP address as used to access the Kik account described above in the previous CyberTip) was used to access the suspect Kik account on numerous occasions between June 1, 2024, and

7

June 9, 2024. IP address 73.24.6.99 was the primary IP address used to access the account, but other IP addresses were also used to access the account. The CyberTip indicates that the other IP addresses appear to be T-Mobile and business IP addresses. According to the report, after the three files of suspected child pornography were uploaded to the account, they were shared with another Kik user via private chat message.

20.      Because the report established that Kik had previously reviewed the reported files, I also reviewed them and confirmed that two of the files constitute child pornography. I observed one video of two pubescent males who appear to be no older than 13 years old touching one another's erect penises. The video is 1 minute and 19 seconds long, and the two juvenile males transition from rubbing one another's penises to performing oral sex on one another while rubbing their own penises. The video ends with one of the juvenile males collecting seminal fluid from the base of his penis and rubbing it on his face. I also observed another video that is 6 seconds long and depicts a prepubescent male with his penis exposed while sitting on the stomach of another male. The male on the bottom has an erect penis and no body hair. Due to the size and lack of body hair on both males, I estimate the male with the erect penis to be no older than 13 years old, and the male sitting on his stomach to be no older than 8 years old. The two penises are at the center of the frame and whoever is filming zooms in on them while the heads of their penises are almost touching one another. The third file is an image of two prepubescent females laying on a sandy beach in bikinis with one of the girls in a black thong bikini bottom. The third file would be considered child erotica and not child pornography.

8

*CyberTip 203019733*

21.     I reviewed CyberTip Report 203019733, which was reported by Kik and received by NCMEC on December 1, 2024. According to the report, on or about November 30, 2024, at 18:41:17 UTC, 49 files of suspected child pornography were uploaded to the Kik account associated with username "cooluncle0101" with the display name "Cool.Uncle PM anytime." The email address associated with the account is whatevernow.sowhat@yahoo.com. The report also indicated that IP address 73.24.6.99 (same IP address as used to access the Kik accounts described above in the previous CyberTips) was used to access the suspect Kik account on numerous occasions between November 22, 2024, and November 27, 2024.  73.24.6.99 was the primary IP address used to access the account, but other IP addresses were also used to access the account. The CyberTip indicates that the other IP addresses appear to be T-Mobile and business IP addresses. According to the report, after the files of suspected child pornography were uploaded to the account, they were shared with another Kik user via private chat message or shared to a messaging group.

22.     Because the report established that Kik had previously reviewed the reported files, I also reviewed them and confirmed that 48 files constitute child pornography. For example, I observed one video that is 3 seconds long and depicts an adult male masturbating on his knees while leaning over a male child and a female child. The male child appears to be no older than 6 years old and is lying on his back while completely naked and staring up at the adult male's penis hanging over him. The female child appears to be no older than 4 years old and is sitting on the male child with her head down near his groin with her exposed butt facing the adult male as

9

if he is preparing to anally or vaginally penetrate her.

*CyberTip 203445058*

23.    I reviewed CyberTip Report 203445058, which was reported by Kik and received by NCMEC on December 11, 2024. According to the report, on or about December 9, 2024, at 21:10:05 UTC, 49 files of suspected child pornography were uploaded to the Kik account associated with username "unclecoollio" with the display name "UncleCool PM's welcome." The email address associated with the account is burnerJunk4ccount@yahoo.com. The report also indicated that IP address 73.24.6.99 (same IP address as used to access the Kik accounts described above in the previous CyberTips) was used to access the suspect Kik account on numerous occasions between December 5, 2024, and December 9, 2024. 73.24.6.99 was the primary IP address used to access the account, but the account was also accessed by another IP address, which according to the report, is a business IP address. According to the report, after the files of suspected child pornography were uploaded to the account, they were shared with another Kik user via private chat message or shared to a messaging group.

24.    Because the report established that Kik had previously reviewed the reported files, I also reviewed them and confirmed that 48 files constitute child pornography. For example, I observed a video depicting an adult male with an unknown tattoo on his left wrist who is anally penetrating a child who appears to be no older than 3 years old. I cannot readily determine the gender of the child. I also observed a video depicting an approximately 8-year-old male child in handcuffs with a ball gag in his mouth while his penis is fondled by an adult male. The prepubescent male child has his hands bound by leather handcuffs connected by a chain, and his

10

legs are above the handcuffs, causing him to be unable to lower his legs. The adult male is rubbing his hand over the child's entire body to include separating his butt cheeks apart to fondle his anus for a closeup with the camera. I also noted a video file depicting a male child who appears to be no older than 9 years old being anally penetrated by an adult male.

*CyberTip 204786404*

25.     I reviewed CyberTip Report 204786404, which was reported by Kik and received by NCMEC on January 14, 2025. According to the report, on or about January 4, 2025 at 05:39:12 UTC, 26 files of suspected child pornography were uploaded to the Kik account associated with username "uncle.cool" with the display name "uncle.cool PM anytime." The email address associated with the account is burnerstuff0010@yahoo.com. The report also indicated that IP address 73.24.6.99 (same IP address as used to access the Kik accounts described above in the previous CyberTips) was used to access the suspect Kik account on numerous occasions between January 2, 2025, and January 4, 2025. 73.24.6.99 was the primary IP address used to access the account, but the account was also accessed by another IP address, which may possibly be a residential IP address that geolocates to Minneapolis, Minnesota. According to the report, after the files of suspected child pornography were uploaded to the account, they were shared with another Kik user via private chat message or shared to a messaging group.

26.     Because the report established that Kik had previously reviewed the reported files, I also reviewed them and confirmed that 26 files constitute child pornography. For example, I observed a video that is 17 seconds and depicts what appears to be an approximately 6-month-

11

old infant with their mouth open while an adult male places the head of his penis in the infant's mouth. The adult male ejaculates into the baby's mouth. I also observed a video of an adult male lying on his back while using his penis to anally penetrate a child who appears to be no older than 4 years old.

27.    The NCMEC deconfliction system identified connections between the above-described reports based on the shared IP address of 73.24.6.99. This IP address appeared in all of the reports. The geo-location data in the CyberTip reports consistently pointed to the Minneapolis-St. Paul metropolitan area in Minnesota, specifically Richfield and Minneapolis. As such, the CyberTips were routed to law enforcement in Minnesota to follow up.

28.    I also noted that the Kik accounts involved in all of the CyberTips appear to be operated by the same user or users because of the various "Uncle" themed usernames and display names across different accounts, including "Uncle_Joey," "Cool.Uncle," "uncle.cool," and "UncleCool."

29.    Based on my experience, and the experience of others, I know that Kik typically deactivates an account after making a CyberTip report due to the discovery of illegal content. The dates associated with the CyberTips involved in this investigation likely demonstrate that once the Kik accounts were deactivated, the user of the account created another Kik account and continued to use it to possess and distribute child pornography.

### *Suspect Identification*

30.    IP address of 73.24.6.99 was the primary IP address used to access all five Kik accounts. Law enforcement in Minnesota sent several subpoenas to Comcast seeking subscriber

information for the subscriber of IP address 73.24.6.99 on the following dates and times:

a. June 7, 2024, at 5:38:59 UTC, which is a date and time that the IP address was used to access the Kik account with the username "onkel_jojo" that was reported in CyberTip 194974334.

b. May 29, 2024, at 23:07:41 UTC, which is a date time that the IP address was used to access the Kik account with the username "lonely01010" that was reported in CyberTip 194428550.

c. May 22, 2024, at 01:21:56 UTC, which is a date time that the IP address was used to access the Kik account with the username "lonely01010" that was reported in CyberTip 194428550.

d. November 25, 2024, at 05:51:30 UTC, which is a date and time that the IP address was used to access the Kik account with username "cooluncle0101" that was reported in CyberTip 203019733.

31.    Comcast responded with records indicating that the subscriber of the IP address during the relevant dates and times was:

a. Subscriber Name:     TAD SOLOMON

b. Service Address:     7223 CHICAGO AVE RICHFIELD, MN 55423330

c. Billing Address:     7223 CHICAGO AVE RICHFIELD, MN 554233304

d. Telephone #:     (801) 557-0874

e. Type of Service:     Internet

f. Account Number:     8772106100687916

13

g.  IP Assignment:        Dynamically Assigned

32.    According to the lease grant/expiration dates on the subpoena returns, it appears that IP address 73.24.6.99 was assigned to Tad Solomon almost continuously between January of 2024 and December 2024, which would encompass most of the Kik activity reported in the CyberTips.

33.    Law enforcement in Minnesota also sent a subpoena to Midco seeking subscriber information for IP address 96.2.194.212 on a date and time it was used to access the Kik account with the username "lonely01010" that was reported in CyberTip 194428550. The subpoena return indicated that the subscriber was Cambria Suites in Rapid City, SD. The account appears to have been accessed from a hotel during this timeframe.

34.    Law enforcement in Minnesota conducted a records' check on Tad Solomon and the address 7223 Chicago Ave, Richfield, which was listed in the Comcast subpoena return. They determined that Brian Paul Hubrich (date of birth July 6, 1978) and Tad Aaron Solomon (July 3, 1984) both had the Chicago Ave address listed on their driver's licenses and that both had vehicles registered to them at the address.

35.    In September of 2025, law enforcement in Minnesota conducted surveillance at the Chicago Ave address and learned that it was a rental property. Upon speaking with one of the occupants, they learned that the residence was no longer occupied by Solomon or Hubrich. Upon searching Solomon and Hubrich in TLO, which is a law enforcement database, law enforcement in Minnesota noticed that Solomon and Hubrich were now connected to an address of 2080 S. Cleveland in Boise, Ada County, ID 83705. Law enforcement in Minnesota viewed an Instagram

14

profile for Tad Solomon (photos on the profile are a visual match to his driver's license photograph) and observed a video posted on March 23, 2025, showing Solomon and Hubrich (also visual match to their driver's license photographs) preparing a RV trailer and announcing that they had cleaned out their house and were on their way to Boise. The caption read "We are officially on our way to Boise." Based on this information, it appears that Solomon and Hubrich moved to Boise in March of last year. Due to the suspects moving to our jurisdiction, this investigation was assigned to me for follow-up.

36.     I began investigating the location of 2080 S. Cleveland here in Boise, and the address appeared to be vacant. I requested assistance from our assigned investigative specialist who determined that there was recently a PO box registered to Solomon and Hubrich at PO Box 15003, Boise, ID 83705. The PO Box was registered as of July 29, 2025.

37.     I observed through Facebook that both Hubrich and Solomon have a social media presence, and frequent dams in the area. I contacted other agencies and Detective Hyrum Jones with the Ada County Sheriff's Office informed me that he is familiar with Solomon and Hubrich and that they live on site at the Lucky Peak Dam and serve in a volunteer position to aid the Army Corp of Engineers with the site.

### Boise PD Investigation Involving Tad Solomon

38.     Around the same time that I was looking into the whereabouts of Hubrich and Solomon, Detective Snodderly with the Boise Police Juvenile Crimes Unit sent out a department email asking for identification of a battery victim in a case he was investigating. The case involved an adult male being battered by some juvenile males in Boise. The department email

15

contained a picture, which was a still-frame of a video, depicting an adult male being battered by a group of juveniles. I recognized the adult male in the still frame as Tad Solomon because the appearance of the male in the still frame is a visual match to other photographs I have seen of Solomon, including his driver's license photograph and photographs from his social media.

39.    After determining that Tad Solomon was involved in the battery, I sought additional information from Detective Snodderly about his investigation. I learned that Minor Victim, a 16-year-old male, was one of the individuals battering Solomon in the video. Detective Snodderly was investigating Minor Victim and his friends for engaging in a scheme to see if they could get adults to communicate with a juvenile online and then show up to meet the juvenile so that they could purposefully batter the individual.

40.    As part of the battery investigation, Boise Police was examining Minor Victim's cellphone pursuant to a state search warrant, which is how the video depicting the battery of Solomon was recovered. A total of three sperate videos of Solomon engaged in an altercation with the juveniles were located on Minor Victim's cellphone. In the videos, the juveniles are accusing Solomon of being at the location to meet a 16-year-old. In the videos, the juveniles accuse Solomon and his "husband" of being pedophiles. The videos are filmed outside, possibly at a park.

41.    Also, on Minor Victim's cellphone, law enforcement located screenshots of a conversation that occurred on Reddit that appears to be between Minor Victim and Solomon. As part of my investigation into Solomon, I received and reviewed the screenshots. The screenshots show a conversation between "tadsol18," which appears to be Solomon's Reddit display name,

16

and Minor Victim's Reddit account. The conversations shows "tadsol18," wanting to meet at Florence Park in Boise to "play" with Minor Victi, despite knowing that Minor Victim was underage and he could be arrested.[3] In the same conversation, "tadsol18" mentions a time when he and his husband (likely referring to Brian Hubrich) "hooked up" with a 16 year old. These screenshots appear to be screenshots that Minor Victim took from a lengthier Reddit conversation.

42. Boise PD used forensic tools to extract the full Reddit conversation between Minor Victim and Solomon from Minor Victim's cellphone. The conversation took place between September 27, 2025, and October 1, 2025. October 1, 2025, appears to be the same date that Solomon arrived to meet Minor Victim and then videos of him being battered were produced. That conversation also shows "tadsol18" stating that he lived in a RV at Lucky Peak. Below are portions of the conversation that were extracted from Minor Victim's cellphone:[4]

43.

---

[3] Based on my training and experience, I know that "play" in this context likely refers to sexual contact.

[4] Minor Victim has not yet been interviewed regarding his online interactions or meetup with Solomon. Note: the conversation extracted from Minor Victim's cellphone shows Redditt account @t2_x41jn:reddit.com [deleted], which is Solomon's account. The extraction shows the Reddit account name, which is different than the display names that are shown in the screenshots of the conversation from Minor Victim's phone.





From: 1yappwfi4r
Ok where are you located?
Priority: Normal
Platform:
10/1/2025 2:22:39 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/data/data/com.reddit.frontpage/databases/matrix_session_11b8b0f82aca2035be485d7597cc0e36 : 0xA09B8 (Table: event, Size: 11374592 bytes)

From: @t2_x41jn:reddit.com [deleted]
Up at luck peak
Priority: Normal
Platform:
10/1/2025 2:23:01 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/data/data/com.reddit.frontpage/databases/matrix_session_11b8b0f82aca2035be485d7597cc0e36 : 0xA07A3 (Table: event, Size: 11374592 bytes)
EXTRACTION_FFS.zip/data/data/com.reddit.frontpage/databases/matrix-users-db : 0x5B33 (Table: RedditUserEntity, Size: 155648 bytes)

From: @t2_x41jn:reddit.com [deleted]
Barclay Bay boat ramp we live in our RV there
Priority: Normal
Platform:
10/1/2025 2:23:14 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/data/data/com.reddit.frontpage/databases/matrix_session_11b8b0f82aca2035be485d7597cc0e36 : 0xA05F8 (Table: event, Size: 11374592 bytes)
EXTRACTION_FFS.zip/data/data/com.reddit.frontpage/databases/matrix-users-db : 0x5B33 (Table: RedditUserEntity, Size: 155648 bytes)

From: @t2_x41jn:reddit.com [deleted]
Any pictures of you
Priority: Normal
Platform:
10/1/2025 2:23:22 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/data/data/com.reddit.frontpage/databases/matrix_session_11b8b0f82aca2035be485d7597cc0e36 : 0xA042E (Table: event, Size: 11374592 bytes)
EXTRACTION_FFS.zip/data/data/com.reddit.frontpage/databases/matrix-users-db : 0x5B33 (Table: RedditUserEntity, Size: 155648 bytes)

From: 1yappwfi4r
I don't really have a way of getting out there
Priority: Normal
Platform:
10/1/2025 2:23:45 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/data/data/com.reddit.frontpage/databases/matrix_session_11b8b0f82aca2035be485d7597cc0e36 : 0xA02B2 (Table: event, Size: 11374592 bytes)

............................................................................[5]

---

[5] The dots denote a portion of the conversation that has not been included.

20



21





6

---

[6] During this portion of the conversation, Minor Victim sent a picture of a penis, which is not visible above, but is visible within the cellphone extraction. It is unclear at this point in the investigation whether Minor Victim sent a picture of his actual penis or simply a picture of a penis that he represented was his. Nonetheless, the suspect described satisfaction with receiving a penis picture from someone he believed was 16 years old.

23











28



……………………………………………………………………….

44.    After reviewing this conversation, I sent an administrative subpoena to Reddit seeking subscriber information for the Reddit account with display name "tadsol18." Reddit responded with records indicating that the account was created on April 12, 2016, and deleted on October 1, 2025, which is the time of the meeting with Minor Victim, and production of the

29

video of Solomon being battered. The email associated with the Reddit account used to communicate with Minor Victim was "verified" as tad.solomon@yahoo.com. When an email is "verified," it means there was a confirmation or authorization email sent to the registered email that must be acknowledged by the recipient.

### *Federal Search Warrant to Search and Seize Devices*

45.    On April 2, 2026, I obtained a federal search warrant to seize electronic devices from the persons of Solomon and Hubrich, their vehicles, and the RV at Lucky Peak where Hubrich and Solomon reside, to search for evidence of the possession and distribution of child pornography. The Honorable Raymond E. Patricco authorized the warrant.

46.    On April 3, 2026, members of the Boise Police Department executed the search warrant at the RV at Lucky Peak. Upon arrival, law enforcement contacted Hubrich and Solomon who were both inside the RV. Solomon and Hubrich exited the RV and remained outside while the search warrant was executed. Nobody else was present at the residence.

47.    During a search of the RV, law enforcement located a thumb drive inside a Ziploc bag inside a cabinet that was affixed to the wall of the RV in the living room area space. Tom Paschal, a forensic examiner with the FBI Regional Computer Forensics Laboratory, conducted a preliminary review of the thumb drive. Upon previewing the thumb drive, Paschal located several files of child pornography. I also did a preliminary review of the thumb drive and noted many files of child pornography. One such file depicts two completely naked juveniles lying on their backs with their legs and feet in the air. One juvenile is a female I estimate to be no older than 6 years old, and the other juvenile is a male I estimate to be no older than 8 years old. Both

30

juveniles have their heads up off the bed and they are touching their butts together. You can fully view the female's vagina, and the male's penis and testicles. Neither juvenile has any body hair visible, and the female's chest is completely flat with no muscular tone on either of them.

48.     Law enforcement also located two hard drives in a drawer in the bedroom area that Hubrich and Solomon share. There is only one bedroom area in the RV. The drawer was part of a built-in cabinet next to the headboard of the bed. One hard drive is black in color and had a handwritten note on it that states, "all of Brian's former computer backup data." During a preview of the hard drive, Paschal located hundreds of files of child pornography. A copy of Brian Hubrich's resume was also located on the hard drive, along with several nude photographs of Hubrich. There were also pictures of Solomon on the hard drive. I did a quick review of some of the child pornography files on the hard drive and noted a file that depicted a prepubescent juvenile male estimated to be no older than 8 years old being anally penetrated by another juvenile male no older than 10 years old. The male juvenile is laying on his back on a light-colored cushion couch while holding his legs in the air. Both male juveniles are completely naked, lack all body hair minus the tops of their head. In this one folder located on the drive there are almost 3,000 files that appear to be mostly child sexual abuse material. There are many more folders on this hard drive to still process.

49.     Law enforcement also located a smaller HP laptop computer in the bedroom area above the bed in a built-in cabinet. Another larger silver HP laptop was located on a chair at the kitchen table in the kitchen area. Paschal previewed both laptop computers and located records indicating that both Hubrich and Solomon accessed both laptops. On the smaller laptop, there

31

were emails from both Hubrich and Solomon on the laptop. There were also selfie-style photographs of both of them on the laptop. There was a picture of Brian Hubrich's ID on the smaller laptop. The username on the larger laptop is "Brian," but there was property information for a residence in Idaho Falls that belonged to Solomon's mother. A thorough examination has not been conducted at this point, but it appears that both Hubrich and Solomon have accessed both laptops. Paschal located files of child pornography on both laptops. Those files included files of prepubescent children engaged in sexual acts with adults to include sexual intercourse.

50.    Law enforcement has been unable to examine Hubrich and Solomon's individual cellphones at this point in the investigation.

51.    Given the apparent joint access and control of the electronic devices containing child pornography and Solomon's statements to Minor Victim about he and his husband's attraction to minors, there is probable cause to believe that both Hubrich and Solomon were knowingly in possession of child pornography. There is also probable cause to believe that Solomon attempted to entice a person he believed was 16 years old to engage in a sexual act.

**CONCLUSION**

52.     Based on the foregoing, there is probable cause to arrest and charge Tad Aaron Solomon with Attempted Coercion and Enticement of a Minor in violation of Title 18 U.S.C. § 2422(b) and Possession of Child Pornography in violation of Title 18 U.S.C. §§ 2252A(a)(5)(B), and 2256(8)(A), and to arrest and charge Brian Paul Hubrich with Possession of Child Pornography in violation of Title 18 U.S.C. §§ 2252A(a)(5)(B), and 2256(8)(A).

_____
Detective Andrew Morlock
Boise Police Department

Sworn and subscribed to via zoom this 3rd day of April, 2026.

_____
The Honorable Debora K. Grasham
U.S. MAGISTRATE JUDGE

33